DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES E. ELLERBE, | ) |
| | ) CASE NO. 4:09-CV-2226 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **JUDGMENT ENTRY** |
| THE UNITED STATES OF AMERICA *et al.*, | ) |
| | ) |
| Defendants. | ) |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendants United States of America and Matt Williams' motion and supplemental motion for summary judgment are GRANTED.

Each party shall bear their own costs. Case closed.

September 19, 2011                        s/ *David D. Dowd, Jr.*
Date                                          David D. Dowd, Jr.
                                                     U.S. District Judge